FID 11242528

2175-0226-0498-J

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Austin Douglas Kidd<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 21-mj-2786 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Austin Douglas Kidd                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography

Date:    02/25/2021                                                                  _____
                                                                                                    *Issuing officer's signature*

City and state:    Nashville, Tennessee                   Jeffery S. Frensley, United States Magistrate Judge
                                                                                                    *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)*   2/26/21   , and the person was arrested on *(date)*   03/17/2021   <br>at *(city and state)*   Clark___, TN   .<br><br>Date:   3/17/21                                                                                          _____<br>                                                                                                                                *Arresting officer's signature*<br><br>                                                                                                           Hary Mc_____ A__t HS<br>                                                                                                                                *Printed name and title* |