CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
___NASHVILLE___ DIVISION

Indictment ( )
Complaint (x)
Information ( )
Misdemeanor ( )
Felony (x)
Juvenile ( )

County of Offense: ___Davidson___
AUSA's NAME: ___Monica R. Morrison___

Reviewed by AUSA: MRM
(Initials)

Austin KIDD
Defendant's Full Name

unknown
Defendant's Address

Interpreter Needed? ___ Yes  _x_ No

If Yes, what language? _____

Unknown
Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | First Offense: up to 20 years  Second Offense: 10 – 20 years | $250,000 |
|  |  | Forfeiture |  |  |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?   ( ) Yes  (x) No     If Yes, State or Federal? _____
                                                              Writ requested ( )

Has a complaint been filed?   ( ) Yes  (x) No
   If Yes: Name of Magistrate Judge _____   Case No.: _____
           Was the defendant arrested on the complaint?   ( ) Yes  ( ) No

Has a search warrant been issued?   (x) Yes  ( ) No
   If Yes: Name of Magistrate Judge   Frensley_____   Case No.: 20-mj-2616

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No  (x) Not Applicable    Amount of bond: _____

Is this a Rule 20? ( ) Yes  (x) No     To/from what district? _____
Is this a Rule 40? ( ) Yes  (x) No     To/from what district? _____

Is this case related to a pending or previously filed case?   ( ) Yes   (x) No
   What is the related case number? _____
   Who is the Magistrate Judge? _____

Estimated trial time:   ___1-2 days___

The Clerk will issue a   **Warrant**   (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x)  No ( )  Recommended conditions of release: _____

(Revised January 2019)