UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                     Case No. _21-mj-2786_____

AUSTIN DOUGLAS KIDD

                                       Magistrate Judge _Holmes_____

                            •

## DECLARATION UNDER PENALTY OF PERJURY

I, _Jessica Reeve_____, make the following statements under penalty
of perjury in connection with the request that the defendant be placed in my third-party custody as
a condition of pretrial release:

    1.    I am and was at all times relevant to this declaration more than eighteen (18) years
of age.

    2.    My relationship to the defendant is: ____fiancée_____.

    3.    I have known the defendant for __8__ years.

    4.    I have regular contact with the defendant in the following ways (describe in detail
how often you see or talk to the defendant and how you have contact with the defendant):

I see him every day, we live in the same town,

we talk on the phone every day.

    5.    I have been told what the defendant is charged with in this case.

    6.    I am generally familiar with the defendant's prior criminal history (if any).

7.     I ☒ do not have any prior felony convictions or I ☐ do have prior felony conviction(s). If prior felony convictions, describe (including date of conviction(s), nature of charge(s), and disposition) _____

_____.

8.     The defendant ☐ will or ☒ will not live in my home. If the defendant will live in your home, identify all of the people who live in your home and where the defendant will sleep.

_____

_____

_____

9.     I understand that, if the defendant is released into my third-party custody, I cannot have firearms or ammunition in my home while the defendant resides there.

10.     I understand that, if the defendant is released into my third-party custody, I cannot have narcotics or controlled substances in my home for which there is not a valid prescription.

11.     I understand the conditions upon which the defendant is being released and the penalties for the defendant's noncompliance with the conditions of release.

12.     The defendant's attorney has explained to me the responsibilities of a third-party custodian. I understand my responsibilities as a third-party custodian that, if the defendant is released into my third-party custody, I am agreeing to (a) supervise the defendant in accordance with all conditions of release, (b) use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) notify the Court immediately if I have reason to believe that the defendant has violated any condition of release or if I cannot make contact with the defendant.

13.     I understand that my failure to uphold my responsibilities as a third-party custodian may subject me to contempt of court proceedings.

14. I am willing to serve as a third-party custodian for the defendant.

15. I would like the Court to know the following additional information: _____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

3/23/2021
Date

Signature of Third-Party Custodian

Jessica Reeve
Printed Name