UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-00077 |
| v. | ) | |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| AUSTIN DOUGLAS KIDD | ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about November 17, 2020, in the Middle District of Tennessee, **AUSTIN DOUGLAS KIDD** did knowingly possess material that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor or a minor who had not attained 12 years of age, such image having been produced using materials that had been shipped or transported in and affecting interstate and foreign commerce by any means, including by computer, or that were produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

1

# FORFEITURE ALLEGATION

1. The allegations contained in this Information are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of the offense alleged in Count ONE of this Information, **AUSTIN DOUGLAS KIDD** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(2) and (a)(3):

> (1) Any property, real or personal, constitution or traceable to gross profits or other proceeds obtained from such offense(s); and
>
> (2) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property;

including, but not limited to, electronic devices seized from the person of **AUSTIN DOUGLAS KIDD** or from his apartment or his parents' residence in Clarksville, Tennessee, on or about November 17, 2020, including, but not limited to, the following:

- Motorola Moto 7 – IMEI 359528091453115;
- ANTEC CPU Tower
- Hitachi hard drive serial number YNG3JHMA
- Samsung hard drive serial number S313J9EG108781
- Ironkey thumb drive serial number 00650989; and
- 2 Verbatim CD-Rs.

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

*Monica R Morrison*

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY