CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
____NASHVILLE____ DIVISION

Indictment       ( )
Complaint        ( )
Information      (X)
Misdemeanor      ( )
Felony           (X)
Juvenile         ( )

County of Offense:   ____Montgomery____
AUSA's NAME:         ____Monica R. Morrison____

Reviewed by AUSA:    MRM
                     (Initials)

Austin Douglas KIDD
Defendant's Full Name

In custody
Defendant's Address

Interpreter Needed?   ___ Yes   __x__ No

If Yes, what language?   _____

David Baker
Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | First Offense: up to 20 years<br>Second Offense: 10 – 20 years | $250,000 |
|  |  | Forfeiture |  |  |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?    (X) Yes ( ) No            If Yes, State or Federal? _____
                                                                     Writ requested ( )

Has a complaint been filed?               (X) Yes ( ) No
    If Yes: Name of Magistrate Judge      Frensley _____   Case No.: 21-mj-2786_____
            Was the defendant arrested on the complaint?   (X) Yes ( ) No

Has a search warrant been issued?         (x) Yes ( ) No
    If Yes: Name of Magistrate Judge      Frensley_____    Case No.: 20-mj-2616___

Was bond set by Magistrate/District Judge: ( ) Yes (X) No ( ) Not Applicable     Amount of bond: _____

Is this a Rule 20? ( ) Yes (x) No    To/from what district? _____
Is this a Rule 40? ( ) Yes (x) No    To/from what district? _____

Is this case related to a pending or previously filed case?  ( ) Yes   (x) No
    What is the related case number?     _____
    Who is the Magistrate Judge?         _____

Estimated trial time:     ___1-2 days___

The Clerk will issue a    ___Warrant___    (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x) No ( )  Recommended conditions of release: _____
_____

(Revised January 2019)