UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUSTIN DOUGLAS KIDD, )<br>)<br>Defendant. ) | NO. 3:21-cr-00077 |

## ORDER SCHEDULING AN ARRAIGNMENT

An arraignment in this case is scheduled as follows:

| Place: U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No: Videoconference |
|---|---|
| | Date and Time: 5.18.21 at 10:00 a.m. |

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE