# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS by VIDEOCONFERENCE

U.S.A. v. __Austin Douglas Kidd__, No. __3:21-cr-00077__

**ATTORNEY FOR GOVERNMENT:** _____

**ATTORNEY FOR DEFENDANT:** __David Baker__ AFPD  Panel  Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** _____

**INTERPRETER NEEDED?** YES (NO)  LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☐ ARRESTED ON: _____
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☐ Defendant advised of right to counsel     ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
  ☐ Defendant advised of right to silence    ☐ Defendant advised of right to **Consular notification**
  ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Government motion for detention    ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
  ☐ Defendant remain on current conditions of supervised release ☐ Defendant waived rights under IAD
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release    ☐ standard    ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☑ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
  ☑ Defendant acknowledges he/she has copy of Indictment/Information    ☐ Court advised Def. of penalties
  ☑ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY  ☑ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** __5.18.21__    **TOTAL TIME:** __8 minutes__
**BEGIN TIME:** __10:00 am__    **END TIME:** __10:08 am__
***Digitally Recorded***

Form Revised 2/9/2018    Page 1 of 1

Case 3:21-cr-00077    Document 20    Filed 05/21/21    Page 1 of 1 PageID #: 62