UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:21-00077 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| AUSTIN DOUGLAS KIDD ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

The defendant, Austin Kidd, hereby notifies this Court that he intends to plead guilty to the information filed in this case pursuant to a plea agreement with the government. Mr. Kidd moves this Court for an order setting a change plea hearing. Counsel for Mr. Kidd will be out of town on Friday, July 2, 2021, and counsel for the government has other court hearings set on the afternoon of Thursday, July 8, 2021 and all day on Friday, July 9, 2021, so the parties respectfully request that this Court not set the plea hearing at those times.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Austin Kidd

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2021, I electronically filed the foregoing *Motion to Set Change of Plea Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Monica Morrison, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee, 37203.

                                      s/ *R. David Baker*
                                      R. DAVID BAKER