# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:21-cr-00077 |
| ) | Judge Trauger |
| AUSTIN DOUGLAS KIDD ) | |

## ORDER

It is hereby ORDERED that the change of plea hearing scheduled for July 7, 2021 is hereby RESET for Tuesday, July 6, 2021 at 3:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

1