# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## UNITED STATES OF AMERICA

V.

AUSTIN DOUGLAS KIDD

(list each defendant appearing at hearing)

) Case No.: 3:21-cr-77
)
) Judge: Trauger
)
) Hearing Date: 7/6/2021
)
) Location: ⊙ Nashville   ○ Columbia   ○ Cookeville
)
) Court Reporter: Roxann Harkins
)
) Court Interpreter:
)

# CRIMINAL MINUTES

Government Attorney(s): Monica Morrison

Defense Attorney(s): David Baker

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
|----|----|----|----|
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Defendant pleds guilty to count 1 of the Information.
Facts given by AUSA Monica Morrison
Plea petition accepted.  Plea agreement reserved.
Sentencing set for Friday, 11/19/2021 at 2:00 p.m.

Total Time in Court: 25 mins.

Clerk of Court

by: Katheryn Beasley

Reset Form