# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:21-CR-77 |
| | ) | |
| v. | ) | |
| | ) | |
| AUSTIN DOUGLAS KIDD | ) | Judge Trauger |
| | ) | |

## NOTICE OF SENTENCING DATE

The sentencing hearing in the above-styled case is set on **Friday, November 19, 2021 at 2:00 p.m.,** in the United States Courthouse, 801 Broadway, Nashville, Tennessee, Courtroom No. 873. You will receive no further notice.

If the defendant is released on bond, his or her failure to appear for sentencing on the above date may result in the forfeiture of bond and/or additional charges.

The defendant is instructed to report immediately to the United States Probation Office of this Court to initiate the Presentence Investigation (Room A725, 7th Floor, 736-5771). The Probation Office is directed to submit a Presentence Investigation and report to the Court.

LYNDA HILL, CLERK

BY: Katheryn Beasley
Courtroom Deputy Clerk

TELEPHONE: 615-736-7157