UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-77-1 |
| | ) | |
| | ) | JUDGE TRAUGER |
| AUSTIN DOUGLAS KIDD | ) | |

**POSITION OF THE UNITED STATES
REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, Monica R. Morrison, and, in accordance with the prior orders of this

court and in compliance with LCrR 32.01(c), submits that the United States has no objections to

the Pre-Sentence Report. The United States submits that, due to the nature of the Rule

11(c)(1)(C) agreement, if the Court accepts the plea agreement, then Guideline calculation is

ultimately moot.


Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney

By:     */s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant U.S. Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151
Monica.Morrison@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically
to counsel for defendant via CM/ECF on the 2nd day of November 2021.

*/s/ Monica R. Morrison*
MONICA R. MORRISON

2