UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:21-cr-00077 |
| v. | ) JUDGE TRAUGER |
| | ) |
| AUSTIN KIDD | ) |

POSITION OF DEFENDANT REGARDING THE PRESENTENCE REPORT

Austin Kidd, through undersigned counsel, and pursuant to Fed. R. Crim. P. 32 and LCrR32.01(c)(4), hereby notifies this Court that he has reviewed the Presentence Investigation Report (PSR) with counsel. Mr. Kidd has no objections to the advisory guideline calculations or to the factual information contained in the PSR.

Respectfully submitted,

s/ R. David Baker
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org
Attorney for Austin Kidd

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing *Position of Defendant Regarding the Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Monica Morrison, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee, 37203; and to Terra Everett, United States Probation Office, 110 Ninth Avenue South, Suite A-725, Nashville, TN 37203.

s/ R. David Baker
R. DAVID BAKER