IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:21-CR-00077 |
| v. ) | JUDGE TRAUGER |
| ) | |
| AUSTIN DOUGLAS KIDD, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR ENTRY OF A
CONSENT PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States of America, by and through Acting United States Attorney Mark H. Wildasin and Assistant United States Attorney Monica R. Morrison, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of a Consent Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 2253(a)(2) and (a)(3) based on the Plea Agreement of Defendant Austin Douglas Kidd as to Count One of the Information charging Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) as to the following:

1. Motorola Moto 7 – IMEI 359528091453115; and

2. Hitachi hard drive serial number YNG3JHMA

(collectively "Subject Property").

A Memorandum in support of this Motion is filed contemporaneously herewith.

Additionally, a proposed Consent Preliminary Order of Forfeiture is attached hereto for the court's convenience.

1

Respectfully submitted,

MARK H. WILDASIN
Acting United States Attorney

By:   s/ Monica R. Morrison
MONICA R. MORRISON
Assistant U.S. Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: monica.morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2021, a copy of the foregoing Motion for Entry of a Preliminary Order of Forfeiture and proposed Preliminary Order of Forfeiture was filed electronically. Notice of this filing will be sent to David Baker via email to david_baker@fd.org through the Court's Electronic Filing System.

By:   s/ Monica R. Morrison
MONICA R. MORRISON