

Hi! Sign in                                                                    Sell    Watchlist    My eBay



Search for anything          All Categories                                                                     | Add to Watchlist

Back to search results | Listed in category: Computers/Tablets & Networking > Drives, Storage & Blank Media > Hard Drives (HDD, SSD & NAS) > Internal Hard Disk Drives

**SAVE UP TO 10% WHEN YOU BUY MORE**



Hover to zoom

Have one to sell?    Sell now

### Hitachi 3TB 7200RPM SATA3 3.5" (Heavy Duty) Hard Drive -PC, NAS, RAID, CCTV DVR

1 Year Warranty, FREE SHIPPING, Heavy Duty & Reliable

🔥 8 watched in last 24 hours

**Condition:** New

**Bulk savings:**



| Buy 1 $49.99/ea | Buy 2 $47.49/ea |
| Buy 3 $46.49/ea | |

**Quantity:** [1]   4 or more for $44.99/ea

Limited quantity available

**101 sold** in 24 hours / See feedback

**Price:** US **$49.99/ea**

Buy It Now

Add to cart

Add to Watchlist

**2,566 sold**   |   60-day returns   |   Ships from United States

**Shipping:** FREE Expedited Shipping | See details
Located in: Las Vegas, Nevada, United States

**Delivery:** Estimated between **Sat. Nov. 13** and **Wed. Nov. 17** to 20859

**Returns:** 60 day returns. Buyer pays for return shipping | See details

**Payments:**



Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dbskyusa88 (29770 )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Hi! Sign in    Sell    Watchlist    My eBay



Search for anything    All Categories

Back to previous page | Listed in category: Cell Phones & Accessories > Cell Phones & Smartphones >
See more Motorola Moto G7 - 64GB - White (Unlocked) (Du...

| Add to Watchlist



Hover to zoom

### Pre-Owned Motorola Moto G7 - 64GB - White (Factory Reset)

🔥 4 watched in last 24 hours    1 product rating | Write a review

**Condition:** Used

**Price:** US $99.99

No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]
[ Add to cart ]

**Best Offer:**

[ Make Offer ]
[ Add to Watchlist ]

☐ 1-year protection plan from SquareTrade - $18.99
☐ 1-year wireless plan from Tracfone - $49.99

**Ships from United States**

**Shipping:** FREE Expedited Shipping | See details
Located in: Mountain Grove, Missouri, United States

**Delivery:** Estimated between **Tue. Nov. 16** and **Wed. Nov. 17** to 20859

**Returns:** Seller does not accept returns | See details

**Payments:**

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
pcigaragesale (934 )
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items

Feedback on our suggestions