# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
AUSTIN DOUGLAS KIDD

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21-cr-77

| PRESIDING JUDGE<br>Judge Trauger | PLAINTIFF'S ATTORNEY<br>Monica Morrison | DEFENDANT'S ATTORNEY<br>David Baker |
|---|---|---|
| TRIAL DATE (S)<br>11/19/2021 (sentencing) | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/19/2021 |  | X | Findings of defendant's polygraph |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages