# Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>**3:21-CR-00077** |
|---|---|
| DEFENDANT<br>**Austin Douglas Kidd** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture Deemed Final** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

**Motorola Moto 7 – IMEI 359528091453115 and Hitachi hard drive serial number YNG3JHMA**

Address (Street or RFD / Apt. # / City, State, and Zip Code)

**(21-ICE-001685)**

| Send NOTICE OF SERVICE copy to Requester:<br><br>Debra T. Phillips, Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Tennessee<br>110 9th Ave S, Ste A-961<br>Nashville, TN 37203-9962 | Number Of Process To Be Served In This Case. | 1 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | 1 |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**Please disposed of the asset Motorola Moto 7 – IMEI 359528091453115 and Hitachi hard drive serial number YNG3JHMA (21-ICE-001685) the attached Preliminary Order of Forfeiture has been deemed the Final Order of Forfeiture.**

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant

*Monica R. Morrison*

Telephone No. **(615) 736-5151**

Date 03/28/2022

SIGNATURE OF PERSON ACCEPTING PROCESS:      Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*Tiffany Mayo* | Date<br>6/7/22 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [X] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service   [ ] AM   [ ] PM |
| | Signature, Title and Treasury Agency | |

**REMARKS:** Items were disposed on January 6, 2022

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*