# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:21-cr-00077 |
| ) | Judge Trauger |
| AUSTIN DOUGLAS KIDD ) | |

## ORDER

It is hereby ORDERED that the request submitted in a letter to the court dated January 30, 2024 (Doc. No. 43) is REFERRED to the Magistrate Judge for disposition.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge