# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3:21cr77

**UNITED STATES OF AMERICA**

)  Judge: Trauger

V.

)  Hearing Date: October 31, 2025

AUSTIN DOUGLAS KIDD

)  Location: ⊘ Nashville  ○ Columbia  ○ Cookeville

)  Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

)  Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Monica Morrison

Defense Attorney(s): James Simmons

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☑
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Revocation hearing held.
Counsel for all parties present; Defendant present
Defendant pled guilty to the violations in the Petition
Supervised release is revoked. He will stay in BOP custody until a bed becomes available at a halfway house
Order to enter

Total Time in Court: 15 minutes

Clerk of Court
by: Debby Sawyer