**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA )
                                )

                                )

v. )         Criminal No.   3:21-cr-00077

                                )        Judge Trauger

AUSTIN DOUGLAS KIDD )

                                )

### O R D E R

A further hearing was held in this revocation matter on October 31, 2025. The defendant's stay at the halfway house terminates today. He is homeless and unemployed. The defendant pled guilty to Violations 1 and 2 of the Petition to Revoke Supervision (Doc. No. 45). His supervised release is hereby REVOKED, and he is sentenced to go into custody and remain in custody of the Bureau of Prisons until such time as a bed becomes open at a halfway house, where he may live and seek employment.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge